JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICKY BENARD WALKER, | Case No.  CV 16-01040-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED:  March 23, 2017

_____
KAREN E. SCOTT
United States Magistrate Judge